IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DIANE RECZEK,<br>　　　　Plaintiff, | : <br> : <br> : | **SUMMONS IN A CIVIL CASE** |
| v. | : <br> : | CIVIL ACTION NO:　　07 - 013 |
| TILTON TERRACE OF DELAWARE,<br>L.L.C., d/b/a TILTON TERRACE;<br>and, JHA WILMINGTON, INC., | : <br> : <br> : <br> : | |
| 　　　　Defendants. | : | |

TO:　Tilton Terrace of Delaware, L.L.C.　　　　JHA Wilmington, Inc.
　　　d/b/a Tilton Terrace　　　　　　　　　　　c/o its Registered Agent
　　　c/o its Registered Agent　　　　　　　　　Delaware Corporation Organizers, Inc.
　　　Corporation Service Company　　　　　　1201 North Market Street
　　　2711 Centerville Road, Suite 400　　　　　Wilmington, DE 19801
　　　Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY G. KEVIN FASIC, ESQUIRE at 1225 KING STREET, SUITE 200, WILMINGTON, DELAWARE 19801 an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO　　　　　　　　　　　　　　JAN 0 9 2006
_____　　　　　_____
CLERK　　　　　　　　　　　　　　　　　　　DATE

_[signature]_
(By) DEPUTY CLERK

# RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 1/10/07 |
|---|---|
| NAME OF SERVER (PRINT) Thomas Williams | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted. _____

☒ Other (specify): Personally served JHA Wilmington, Inc by serving its registered agent Delaware Corporation Organizers, Inc at 1201 N. Market St, Wilm DE 19801 at 11:08am Person accepting service: F. Deardorff

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/10/07
              *Date*

*Signature of Server*  Thomas Williams

230 N Market St, Wilm DE 19801
*Address of Server*

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.