IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DIANE RECZEK, | : | |
| Plaintiff, | : | **SUMMONS IN A CIVIL CASE** |
| | : | |
| v. | : | CIVIL ACTION NO: 07-013 |
| | : | |
| TILTON TERRACE OF DELAWARE, | : | |
| L.L.C., d/b/a TILTON TERRACE; | : | |
| and, JHA WILMINGTON, INC., | : | |
| | : | |
| Defendants. | : | |

TO:  Tilton Terrace of Delaware, L.L.C.          JHA Wilmington, Inc.
     d/b/a Tilton Terrace                        c/o its Registered Agent
     c/o its Registered Agent                    Delaware Corporation Organizers, Inc.
     Corporation Service Company                 1201 North Market Street
     2711 Centerville Road, Suite 400            Wilmington, DE 19801
     Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY G. KEVIN FASIC, ESQUIRE at 1225 KING STREET, SUITE 200, WILMINGTON, DELAWARE 19801 an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                             JAN 0 9 2006
_____                   _____
CLERK                                       DATE

Evette Watson
_____
(By) DEPUTY CLERK

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 1/10/07 |
| NAME OF SERVER (*PRINT*) JOHN A GAMBER | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted. _____

☐ Other (specify): PERSONALLY SERVED TILTON TERRACE OF DELAWARE LLC D/B/A TILTON TERRACE by SERVING its REGISTERED AGENT THE CORPORATION SERVICE CO, AT 2711 CENTERVILLE RD, WILM DE 19808 AT 10:45AM PERSON ACCEPTING SERVICE: MARY DRUMMOND

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/10/07
_____ Date

_____
Signature of Server

230 N MARKET ST, WILM DE 19801
_____
Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.