IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DIANE RECZEK | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-13 GMS |
| | ) | |
| TILTON TERRACE OF DE, LLC, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

WHEREAS, on January 9, 2007, the plaintiff filed a Complaint against the above-captioned defendants (D.I. 1);

WHEREAS, on January 11, 2007, a summons was returned executed as to the defendant Tilton Terrace of DE (D.I. 4);

WHEREAS, the defendant's answer to the Complaint was due on January 30, 2007;

WHEREAS, the court's docket reflects no answer or other responsive pleading filed by the defendant Tilton Terrace.

IT IS HEREBY ORDERED that:

The defendant Tilton Terrace of DE, LLC, will answer or otherwise respond to the Complaint within five (5) days of the date of this Order.

_____
UNITED STATES DISTRICT JUDGE

February ___16___, 2007



FILED

FEB 16 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE