**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DIANE RECZEK, : | |
|       Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO: 07-00013 (GMS) |
| : | |
| TILTON TERRACE OF DELAWARE, : | |
| L.L.C., d/b/a TILTON TERRACE; : | |
| and, JHA WILMINGTON, INC., : | |
| : | |
|       Defendants. : | |

**NOTICE OF VOLUNTARY DISMISSAL , WITHOUT PREJUDICE,**
**PURSUANT TO F.R.Civ.P. 41(a)(1)**

TO:   Erica N. Finnegan, Esquire
       Cross & Simon LLC
       913 North Market Street, 11th Floor
       Wilmington, DE 19801

PLEASE TAKE NOTICE that Plaintiff hereby dismisses defendant Tilton Terrace of Delaware L.L.C., from the above-captioned action, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).

                                LAW OFFICES OF G. KEVIN FASIC

                                BY: /s/ G. Kevin Fasic
                                    G. Kevin Fasic (DE 3496)
                                    Legal Arts Building
                                    1225 King Street, Suite 200
                                    Wilmington, DE 19801
                                    302-654-4501
                                    k.fasic@lawgkf.com

                                    *Attorney for Plaintiff*
                                    *Diane Reczek*

DATED: February 20, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DIANE RECZEK, | : | |
|       Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO: 07-00013 (GMS) |
| | : | |
| TILTON TERRACE OF DELAWARE, | : | |
| L.L.C., d/b/a TILTON TERRACE; | : | |
| and, JHA WILMINGTON, INC., | : | |
| | : | |
|       Defendants. | : | |

**CERTIFICATE OF SERVICE**

I, G. Kevin Fasic, Esquire hereby certify this 20th day of February, 2007, that I caused a true and correct copy of the foregoing Notice of Voluntary Dismissal, Without Prejudice, Pursuant to F.R.Civ.P. 41(a)(1), to be served by CM/ECF Electronic Filing, upon the following:

    Erica N. Finnegan, Esquire
    Cross & Simon LLC
    913 North Market Street, 11th Floor
    Wilmington, DE 19801

                            /s/ G. Kevin Fasic
                            G. Kevin Fasic, Esquire (DE 3496)