IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DIANE RECZEK, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO: 07-00013 (GMS) |
| | : | |
| JHA WILMINGTON, INC., | : | |
| | : | |
|     Defendants. | : | |

**MOTION FOR ENTRY OF DEFAULT
PURSUANT TO FED. RULE CIV. PROC. 55(a)**

1. On January 9, 2007, Plaintiff, Diane Reczek through its attorney, G. Kevin Fasic, Esquire, filed a complaint against JHA Wilmington, Inc. and Tilton Terrace of Delaware, LLC. Tilton Terrace was dismissed from this case on February 20, 2007. JHA responded through counsel and filed an answer on February 13, 2007.

2. On May 23, 2007 a telephone scheduling conference was held, at which time the Court granted the Motion to Withdraw filed by JHA's counsel, and allowed JHA thirty (30) days to find new counsel. Plaintiff was permitted to seek a default under R55(a) if no Entry of Appearance was filed.

3. As of the date of filing this Motion JHA has failed to arrange for new counsel to enter an appearance on its behalf, hence this Motion for Default.

WHEREFORE, Plaintiff, Ms. Diane Reczek, by and through her undersigned counsel, respectfully requests that this Honorable Court enter an Order, in the form attached hereto, entering a default pursuant to Federal Rule 55(a), and for such further relief as the Court deems just and equitable.

                    LAW OFFICES OF G. KEVIN FASIC

By:  /s/ G. Kevin Fasic
      G. Kevin Fasic, Esquire (DE 3496)
      1225 King Street, Suite 200
      Legal Arts Building
      Wilmington, DE 19801
      (302) 654-4501 - Telephone
      (302) 654-4406 - Facsimile
      k.fasic@lawgkf.com - E-Mail

Dated: July 2, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DIANE RECZEK, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO: 07-00013 (GMS) |
| | : | |
| JHA WILMINGTON, INC., | : | |
| | : | |
| Defendants. | : | |

# ORDER

AND NOW, this _____ day of _____, 2007, the Court having heard and considered plaintiff's Motion for Entry of Default Pursuant to Federal Rule 55(a), and any opposition thereto, it is hereby ordered that plaintiffs' Motion is GRANTED and entry of Default is entered against defendant JHA Wilmington, Inc.

SO ORDERED.

_____
Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DIANE RECZEK, | : | |
|       Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO: 07-00013 (GMS) |
| | : | |
| JHA WILMINGTON, INC., | : | |
| | : | |
|       Defendants. | : | |

**CERTIFICATE OF SERVICE**

    I, G. KEVIN FASIC, ESQUIRE, hereby certify this 2nd day of July, 2007, that I caused a true and correct copy of the foregoing Motion for Entry of Default Pursuant to Federal Rule 55(a) to be served, via First Class U.S. mail, postage prepaid, upon the following:

    JHA Wilmington, Inc.
    d/b/a Tilton Terrace
    801 N. Broom Street
    Wilmington, DE 19801

    JHA Wilmington, Inc.
    c/o Red Oak Healthcare Management
    2800 Wildwood Avenue
    Jackson, MI 49202

                /s/ G. Kevin Fasic
                G. Kevin Fasic, Esquire (DE 3496)