IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DIANE RECZEK | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-13 GMS |
| | ) | |
| JHA WILMINGTON, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

WHEREAS, on January 9, 2007, the plaintiff filed a Complaint against the above-captioned defendant (D.I. 1);

WHEREAS, May 21, 2007, a motion for leave to withdraw as attorney for the defendant JHA Wilmington, Inc. ("JHA") was filed (D.I. 11);

WHEREAS, on May 23, 2007, a telephone scheduling conference was held before the court and counsel in this case;

WHEREAS, during the conference held on May 23, 2007, an oral order granting the motion for leave to withdraw was issued by the court. The defendant JHA was given 30 days within which to retain new counsel

WHEREAS, the plaintiff was given leave to seek a default under Fed. R. Civ. P. 55(a) if no entry of appearance was filed;

WHEREAS, on July 2, 2007, a request for entry of default was filed by the plaintiff against the defendant JHA (D.I. 13).

IT IS HEREBY ORDERED that:

1. The defendant JHA's motion for leave to withdraw is hereby GRANTED; and

  2. The Clerk of Court is directed to enter a default in appearance pursuant to Federal Rule of Civil Procedure 55(a) against the defendant JHA Wilmington, Inc.

            /s/ Gregory M. Sleet
            UNITED STATES DISTRICT JUDGE

July 3, 2007