IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DIANE RECZEK | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-13 GMS |
| | ) | |
| JHA WILMINGTON, INC. | ) | |
| | ) | |
| Defendant | ) | |

## ENTRY OF DEFAULT

It appearing from the file in this office that pursuant to an Order dated July 3, 2007 (D.I. 14), the Clerk is directed by the Court to enter a default in appearance in this case as to the defendant JHA Wilmington, Inc.  Accordingly, default is entered pursuant to Federal Rule of Civil Procedure 55(a).

PETER T. DALLEO, Clerk of Court

Dated: July 3, 2007

/s/
By: Marie McDavid, Deputy Clerk