IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DIANE RECZEK, | : | |
|       Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO: 07-00013 (GMS) |
| | : | |
| JHA WILMINGTON, INC., | : | |
| | : | |
|       Defendants. | : | |

## MOTION FOR DEFAULT JUDGMENT

1. Plaintiff, Diane Reczek, obtained a default against defendant, JHA Wilmington, Inc., on July 3, 2007.

2. Plaintiff hereby requests the entry of a Default Judgment against Defendant for Back Pay, Front Pay, Emotional Distress, Punitive Damages, Costs & Attorney's Fees, in amounts to be determined by the court.

                                            LAW OFFICES OF G. KEVIN FASIC

                                            /s/ G. Kevin Fasic
                                            G. Kevin Fasic, Esquire (DE 3496)
                                            Legal Arts Building
                                            1225 King Street, Suite 200
                                            Wilmington, DE 19801
                                            (302) 654-4501

                                            *Attorney for Plaintiff*

DATE: July 26, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DIANE RECZEK, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO: 07-00013 (GMS) |
| | : | |
| JHA WILMINGTON, INC., | : | |
| | : | |
|     Defendants. | : | |

### NOTICE OF MOTION

NOTICE:    JHA Wilmington, Inc.        JHA Wilmington, Inc.
                    d/b/a Tilton Terrace          c/o Red Oak Healthcare Management
                    801 N. Broom Street            2800 Wildwood Avenue
                    Wilmington, DE 19801         Jackson, MI 49202

    PLEASE TAKE NOTICE that the undersigned will present the attached *Motion for Default Judgment* at the earliest convenience of the Court.

                                              LAW OFFICES OF G. KEVIN FASIC

                                              /s/ G. Kevin Fasic
                                              G. Kevin Fasic, Esquire (DE 3496)
                                              Legal Arts Building
                                              1225 King Street, Suite 200
                                              Wilmington, DE 19801
                                              (302) 654-4501

                                              *Attorney for Plaintiff*

DATE: July 26, 2007

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DIANE RECZEK, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO: 07-00013 (GMS) |
| | : | |
| JHA WILMINGTON, INC., | : | |
| | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I, G. KEVIN FASIC, ESQUIRE, hereby certify this 26th day of July, 2007, that I caused a true and correct copy of the foregoing Motion for Default to be served, via First Class U.S. mail, postage prepaid, upon the following:

JHA Wilmington, Inc.
d/b/a Tilton Terrace
801 N. Broom Street
Wilmington, DE 19801

JHA Wilmington, Inc.
c/o Red Oak Healthcare Management
2800 Wildwood Avenue
Jackson, MI 49202

Erica N. Finnegan, Esquire
Cross & Simon, LLC
913 North Market Street, 11th Floor
Wilmington, DE 19801

/s/ G. Kevin Fasic
G. Kevin Fasic, Esquire (DE 3496)