IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DIANE RECZEK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-13 GMS |
| | ) | |
| JHA WILMINGTON, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

At Wilmington this 27th day of March, 2008,

This matter is scheduled for a hearing on default on Friday, April 11, 2008, at 9:30 a.m. At that time, the court will conduct an inquiry on the issue of damages to ensure that there is a reasonable basis for same. Accordingly, the plaintiff shall be prepared to present evidence of damages at the hearing on default set for April 11, 2008.

SO ORDERED.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE